# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2685

_____

United States of America,

        Appellee,

v.

Rolando Garcia-Landeros, Legal
Name: Alfreo Garcia-Landeros,

        Appellant.

\*
\*
\* Appeal from the United States
\* District Court for the District
\* of Nebraska.
\*
\* [UNPUBLISHED]
\*
\*
\*

_____

Submitted: December 21, 2001

Filed: January 2, 2002

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Rolando Garcia-Landeros pleaded guilty to distributing methamphetamine in violation of 21 U.S.C. § 841(a)(1), and the district court[*] sentenced him to 60 months imprisonment and five years supervised release. In this direct criminal appeal, Garcia-Landeros challenges the court's denial of safety-valve relief.

_____

[*]The Honorable Joseph F. Bataillon, Untied States District Judge for the District of Nebraska.

We find no clear error, because the court's finding that Garcia-Landeros had not been forthcoming is supported by the testimony and exhibits introduced at sentencing. See United States v. Tournier, 171 F.3d 645, 647 (8th Cir. 1999) (standard of review); United States v. Santana, 150 F.3d 860, 864 (8th Cir. 1998) (defendant carries burden of demonstrating that he has truthfully provided to government before sentencing all information regarding relevant crime); United States v. Velasquez, 141 F.3d 1280, 1283 (8th Cir.) (affirming denial of safety-valve relief where there was extrinsic support for government's opinion that defendant had not been fully truthful), cert. denied, 525 U.S. 897 (1998).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.